UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                    :

v.                                :

                                      :

OUSMAN JOBE,                :
                  Defendant.   :

------------------------------------------------------x

**ORDER ACCEPTING
PLEA ALLOCUTION**

24 CR 31 (PMH)

    The Court has reviewed the January 19, 2024 transcript and the January 31, 2024 supplemental transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated February 1, 2024, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in the Information.

    The Clerk is directed to enter the guilty plea.

Dated: February 1, 2024
      White Plains, NY

                    SO, ORDERED:

                                _____
                                Hon. Philip M. Halpern
                                United States District Judge