

> Application granted. The sentencing scheduled for January 23, 2025 is adjourned to April 16, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due by March 26, 2025 and the Government's response is due by April 2, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 17).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 19, 2024

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

December 18, 2024

*Via ECF*
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        Re: United States v. Ousman Jobe
           Case No. 24-cr-31 (PMH)

Dear Judge Halpern:

    I represent Mr. Jobe in the above-captioned matter. Currently, Mr. Jobe is scheduled to be sentenced by Your Honor on January 23, 2025. As the Court is aware, Mr. Jobe testified as a cooperating witness in the trial of *United States v. Carter, et al.*, 21-cr-681 (NSR) in February 2024. Defense counsel was recently made aware that the defendants in that case, all of which were convicted at trial and were scheduled to by Judge Roman on December 13, 2024, are now set to be sentenced in February 2025, the latest sentencing being scheduled for Mr. Jacob Carter on February 27, 2025. In light of this adjournment, we would respectfully request that Mr. Jobe's sentencing be adjourned until after February 27, 2025. This is the defense's second request for an adjournment of this proceeding. Jared Hoffman, on behalf of the government, has no objection to this request. I am scheduled to be on trial before the Hon. Karen Williams in the District of New Jersey from March 3, 2025 until March 11, 2025 and would respectfully request a sentencing date for Mr. Jobe after that time.

    Your Honor's time and consideration of this request is greatly appreciated.

                                    Respectfully Submitted,

                                                                               Lorraine Gauli-Rufo, Esq.
                                                                               *Attorney for Ousman Jobe*

Cc: Jared Hoffman, AUSA
    Jeffrey Coffman, AUSA
    Courtney Heavey, AUSA